IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII MASONS' AND PLASTERERS' ANNUITY FUND, by its trustees, Peter Iriarte, Keone Walsh, Zach Bonilla, Melvin Silva, Jr., Patrick Coronas, Greg Uyematsu, Claude Matsumoto, Brian Viloria, Donald Pang, and Michael Mazzone,<br><br>        Plaintiffs,<br><br>   vs.<br><br>TOGIPO SENE ILI; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE PARTNERSHIPS 1-10; and DOE TRUSTS 1-10,<br><br>        Defendants. | CIV. NO. 20-00107 HG-KJM |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION, AS MODIFIED, TO DENY PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT (ECF NO. 27)**

Findings and Recommendation having been filed and served on all parties on November 19, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT (ECF No. 27) are adopted as the opinion and order of this Court with the following MODIFICATIONS:

On Page 2, line 15, in the last line in the second full paragraph, add "the" between "DENY" and "Motion."

On Page 8, in the citation in the last paragraph, replace

1

"ECF No. 1 at 34; ECF 12-6 at 2" with "ECF No. 1 at 10 ¶ 34; ECF No. 12-6 at 2."

On Page 9, in the first citation in the second full paragraph, replace "ECF No. 1 at 36; ECF No. 12-7 at 3" with "ECF No. 1 at 10, ¶ 36; ECF No. 12-7 at 3."

IT IS SO ORDERED.

Dated: December 28, 2020, Honolulu, Hawaii.



Helen Gillmor
Senior United States District Judge

Hawaii Masons' and Plasterers' Annuity Fund, by its trustees v. Toqipo Sene Ili; Jane Does 1-10; Doe Corps. 1-10; Doe Partnerships 1-10; Doe Trusts 1-10, 20-cv-00107 HG-KJM, **Order Adopting Findings and Recommendation, as Modified, to Deny Plaintiffs' Motion for Default Judgment (ECF No. 27)**

2